```
 1  GREGG A. THORNTON (SBN 146282)
    KELLI E. GEORGE (SBN 225689)
 2  SELMAN BREITMAN LLP
    33 New Montgomery, Sixth Floor
 3  San Francisco, CA  94105
    Telephone:  (415) 979-0400
 4  Facsimile:  (415) 979-2099

 5  Attorneys for Defendant
    CITY OF PACIFICA, PAT BRENNAN,
 6  VINCE ROMERO, MAX REISING, BART
    BUCHANAN, LANCE BELL, FERNANDO
 7  REALYVASQUEZ, NICK BARSETTI and
    DOMINIC ALBANESE
 8
```

Selman Breitman LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SAULSBURY, SR., individually, and as joint personal representative of the Estate of the decedent, GREGORY SAULSBURY, Jr.; ALICE PULLIAM, individually, and as joint personal representative of the Estate of decedent GREGORY SAULSBURY, Jr.; G.S. III, a minor, by and through his Guardian ad Litem, TWONDA J.; S.G., a minor, by and through her Guardian Ad Litem, SHENITA KING; SHENTIA KING, individually; and CLARICE PATTERSON, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PACIFICA, a municipal corporation; PAT BRENNAN, in his official capacity as Chief of Police for the CITY OF PACIFICA; VINCE ROMERO, individually and in his official capacity as a police officer for the CITY OF PACIFICA; MAX REISING, individually and in his official capacity as a police officer for the CITY OF PACIFICA; BART | CASE NO.  C-05-01471 EMC <br><br> **JOINT STIPULATION FOR COURT ORDER TO THE SAN MATEO COUNTY CORONER'S OFFICE TO RELEASE ANY AND ALL RECORDS, INCLUDING COLOR PHOTOGRAPHS, REGARDING GREGORY SAULSBURY, JR.; ▇▇▇▇▇▇ ORDER** |

1

**JOINT STIPULATION FOR COURT ORDER TO THE SAN MATEO COUNTY CORONER'S OFFICE TO RELEASE ANY AND ALL RECORDS, INCLUDING COLOR PHOTOGRAPHS, REGARDING GREGORY SAULSBURY, JR.; ▇▇▇▇▇▇ ORDER**
C-05-01471 EMC

115152.1  555.19028

```
 1  BUCHANAN, individually and in
    his official capacity as a
 2  police officer for the CITY OF
    PACIFICA; LANCE BELL,
 3  individually and in his official
    capacity as a police officer for
 4  the CITY OF PACIFICA; FERNANDO
    REALYVASQUEZ, individually and
 5  in his official capacity as a
    police officer for the CITY OF
 6  PACIFICA; NICK BARSETTI,
    individually and in his official
 7  capacity as a police officer for
    the CITY OF PACIFICA; DOMINIC
 8  ALBANESE, individually and in
    his official capacity as a
 9  police officer for the CITY OF
    PACIFICA;  DOES 1-25, inclusive,
10  individually and in their
    capacities as police officers
11  for the CITY OF PACIFICA,

12         Defendants.
```

**THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:**

1. This litigation involves the death of Gregory Saulsbury, Jr., that occurred on January 2, 2005; and

2. Upon Gregory Saulsbury, Jr.'s death, he was examined by the San Mateo County Coroner's Office on January 3, 2005; and

3. As a result of this lawsuit brought by Plaintiffs against Defendants, on July 19, 2006, Defendants, through their agent, Quest Discovery Services, served San Mateo County Coroner's Office with a deposition subpoena requesting copies of the color photographs, medical records and other evidence relied on by the Office in its Coroner's Report dated January 3, 2005, including, but not limited to, the following referenced documents in the Report: disc of seventeen photographs, report of medical

2

JOINT STIPULATION FOR COURT ORDER TO THE SAN MATEO COUNTY CORONER'S OFFICE TO RELEASE ANY AND ALL RECORDS, INCLUDING COLOR PHOTOGRAPHS, REGARDING GREGORY SAULSBURY, JR.; [ ] ORDER
C-05-01471 EMC

115152.1 555.19028

history, ten (10) x-rays, twenty (20) slides, and twenty-two (22) photographs, to be produced on August 2, 2006; and

3. On August 31, 2006, Quest Discovery Services informed Defendants that the San Mateo County Coroner's Office would not produce the photographs requested without a court order;

THEREFORE, subject to the approval of this Court, the parties, by and through their respective counsel, hereby stipulate that the court order the production of any and all records, including all related photographs, regarding Gregory Saulsbury, Jr. by the San Mateo County Coroner's Office.

DATED: September , 2006     LAW OFFICES OF JOHN L. BURRIS

By: _____
JOHN L. BURRIS
BEN NISENBAUM
Attorneys for Plaintiffs
GREGORY SAULSBURY, SR.,
individually, and as joint
personal representative of the
Estate of the decedent, GREGORY
SAULSBURY, Jr.; ALICE PULLIAM,
individually, and as joint
personal representative of the
Estate of decedent GREGORY
SAULSBURY, Jr.; G.S. III, a
minor, by and through his Guardian
ad Litem, TWONDA J.; S.G., a
minor, by and through her Guardian
Ad Litem, SHENITA KING; SHENTIA
KING, individually; and CLARICE
PATTERSON

3

JOINT STIPULATION FOR COURT ORDER TO THE SAN MATEO COUNTY CORONER'S OFFICE TO RELEASE ANY AND ALL RECORDS, INCLUDING COLOR PHOTOGRAPHS, REGARDING GREGORY SAULSBURY, JR.; ▆▆▆▆▆ ORDER
C-05-01471 EMC

DATED: September , 2006      SELMAN BREITMAN LLP

By: _____
    GREGG A. THORNTON
    KELLI E. GEORGE
    Attorneys for Defendant
    CITY OF PACIFICA, PAT BRENNAN,
    VINCE ROMERO, MAX REISING, BART
    BUCHANAN, LANCE BELL, FERNANDO
    REALYVASQUEZ, NICK BARSETTI AND
    DOMINIC ALBANESE

---

4

**JOINT STIPULATION FOR COURT ORDER TO THE SAN MATEO COUNTY CORONER'S OFFICE TO RELEASE ANY AND ALL RECORDS, INCLUDING COLOR PHOTOGRAPHS, REGARDING GREGORY SAULSBURY, JR.; [▓▓▓▓▓▓▓▓] ORDER**
C-05-01471 EMC

115152.1 555.19028

████████ COURT ORDER

Having reviewed the above-stipulation and good cause appearing, **IT IS SO ORDERED** that since the parties to this action stipulate to the production of any and all records, including color photographs, of Gregory Saulsbury, Jr. from the San Mateo County Coroner's Office, the court orders that the San Mateo County Coroner's Office produce any and all records in its possession, including color photographs, regarding its examination of decedent Gregory Saulsbury, Jr. in response to Defendants' subpoena issued on July 19, 2006.

**IT IS SO ORDERED.**

DATED: 9/25/2006

*/s/ Martin J. Jenkins*
Martin J. Jenkins
UNITED STATES DISTRICT JUDGE