LAW OFFICES OF
# JOHN L. BURRIS
www.johnburrislaw.com

John L. Burris
Ben Nisenbaum
Adanté D. Pointer

John.Burris@JohnBurrisLaw.com
Ben.Nisenbaum@JohnBurrisLaw.com
Adante.Pointer@JohnBurrisLaw.com

November 2, 2006

The Honorable James Larson
United States Magistrate Judge
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

    Re: Gregory Saulsbury, et al. v. City of Pacifica, et al.
        USDC C 05-1471 MJJ (JL)

Dear Judge Larson:

The parties in the above referenced matter received notification that a Settlement Conference has been set for November 15, 2006 at 2:00 p.m. per the Notice of Settlement and Settlement Conference Order in the above referenced matter.

At this time, the parties do not feel that a Settlement Conference will prove meaningful and request the Settlement Conference be moved to December 20, 2006 at 2:00 p.m.

Your consideration of this matter is greatly appreciated.

Sincerely,

LAW OFFICES OF JOHN L. BURRIS

*[signature]*

John L. Burris
JLB:adb

cc: Kelli George, Esq.
    Gregg Thornton, Esq.

The settlement conference set for November 15, 2006 has been continued to December 20, 2006 at 2:00 p.m.

IT IS SO ORDERED
*[signature]*
Judge James Larson

AIRPORT CORPORATE CENTRE • 7677 OAKPORT STREET, SUITE 1120 • OAKLAND, CA 94621 • TEL (510) 839-5200 • FAX (510) 839-3882