JOHN L. BURRIS. ESQ. (SBN 69888)
BENJAMIN NISENBAUM, ESQ. (SBN 222173)
Law Offices of John L. Burris
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882
Email: john.burris@johnburrislaw.com
          bnisenbaum@hotmail.com

Attorneys for plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SALSBURY, Sr., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PACIFICA, a municipal corporation; et al,<br><br>Defendants. | Case No.: C- 05-01471 MJJ<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT AND PARTIES in the above-entitled action:

The parties in the above-entitled action have entered into a settlement of all causes of action. The parties therefore request that future court dates in this action be vacated from the Court's calendar, except for Plaintiffs' petition to appoint guardian ad litems and minors compromise, which shall be filed in short order.

Plaintiffs shall dismiss this action with prejudice upon performance of the settlement agreement.

///

///

Notice of Settlement                                                                                                   1

1  Dated:  December 15, 2006					The Law Offices of John L. Burris

					/s/ Benjamin Nisenbaum_____
					Ben Nisenbaum, Attorney for Plaintiffs