1  JOHN L. BURRIS. ESQ. (SBN 69888)
2  BENJAMIN NISENBAUM, ESQ. (SBN 222173)
   Law Offices of John L. Burris
3  Airport Corporate Center
   7677 Oakport Street, Suite 1120
4  Oakland, California 94621
5  Telephone: (510) 839-5200
   Facsimile: (510) 839-3882
6  Email: john.burris@johnburrislaw.com
       bnisenbaum@gmail.com
7
8  Attorneys for plaintiffs
   GREGORY SAULSBURY, et al.
9

*E-Filing*

10              UNITED STATES DISTRICT COURT
11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  GREGORY SALSBURY, Sr., et al.          Case No.: C- 05-01471 MJJ

13          Plaintiffs,

14      vs.                               **PETITION AND (PROPOSED) ORDER**
                                          **ALLOWING DOCUMENTS TO BE FILED**
15                                        **UNDER SEAL**
    CITY OF PACIFICA, a municipal corporation;
16  PAT BRENNAN, in his capacity as Chief of
17  Police for the CITY OF PACIFICA; and DOES
    1-100, inclusive,
18
19          Defendants.
20
21  _____

22                        **PETITION**
23
24  **WHEREAS PLAINTIFFS' have filed a Petition to Appoint Guardian Ad Litems and**

25  **Approve Minors' compromises** in this matter, with the documents containing

26  confidential information pertaining to said Minor Plaintiffs in the above-entitled action,

27  Plaintiffs move the Court to allow the Petition to Appoint Guardian Ad Litems and

28

1  Approve Minors' Compromises in the above-entitled action to be filed under seal

2  pursuant to Local Rule 79-5.

3

4

5  **(PROPOSED) ORDER**

6  **PURSUANT TO THE TERMS OF THE PROTECTIVE ORDER**,  the Petition to

7  Appoint Guardian Ad Litems and Approve Minor's Compromises pertaining to the

8  above-entitled action are herewith ordered filed under seal pursuant to Local Rule 79-5.

9

10

11  **IT IS SO ORDERED.**

12  4/2/2007

13                                      HON. MARTIN J. JENKINS
14                                      UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Petition and (Proposed) Order Allowing Documents to be filed under seal                                     2